# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CHRISTOPHER D. JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION LLC, AND EQUIFAX INFORMATION SERVICES, LLC <br><br> Defendants. | **Civil Action No.:** 4:24-cv-00922-Y <br><br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Christopher D. Johnson ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

RESPECTFULLY SUBMITTED this 22nd day of July 2025.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ McKenzie Czabaj*
McKenzie Czabaj, AZ Bar No. 036711
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Fax: (480) 613-7733
Email: mczabaj@consumerjustice.com

**JAFFER & ASSOCIATES PLLC**

Shawn Jaffer, State Bar No. 24107817
*Of Counsel to Consumer Justice Law Firm*
5301 Alpha Road, Suite 80-5
Dallas, Texas 75240-4355
Phone: (214) 945-0000
Fax:     (888) 509-3910
Email: shawn@jaffer.law; attorneys@jaffer.law

*Attorneys for Plaintiff Christopher D. Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/Chloe Lopez*