IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTOPHER D. JOHNSON, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:24-cv-922-Y |
| | § | |
| TRANS UNION LLC, ET AL | § | |

**FINAL JUDGMENT**

    This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the parties' stipulations of dismissal (docs. 30, 31), signed on August 18, 2025, and August 19, 2025, respectively, this case is **DISMISSED with prejudice**. The parties shall bear their own respective costs and attorney's fees.

    The clerk shall transmit a true copy of this judgment to the parties.

    SIGNED September 18, 2025.

                                                                                           TERRY R. MEANS
                                                                          UNITED STATES DISTRICT JUDGE